IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAMBER ENERGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION №. 4:17-cv-1436 |
| | § | |
| DISCOVER GROWTH FUND, and | § | JURY REQUESTED |
| FIFTH THIRD SECURITIES, INC., | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

## TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING FOR PRELIMINARY INJUNCTION

THE COURT has considered Camber Energy, Inc.'s ("**_Camber's_**") Petition and Request For Temporary Restraining Order, Preliminary Injunction and Permanent Injunction against Discover Growth Fund ("**_Discover_**") and Fifth Third Securities, Inc. ("**_Fifth Third_**"), and any responses thereto, and the Court is of the opinion that such Temporary Restraining Order should be GRANTED.

THE COURT FINDS that harm is imminent and if the Court does not issue the temporary restraining order, Camber will be irreparably injured if Discover continues converting/exercising the Redeemable Convertible Subordinated

Debenture and Series C Redeemable Convertible Preferred Stock and exercising the Common Stock Purchase Warrant (collectively, the "**_Securities_**"), selling shares of Camber, or shorting or pledging Camber shares, Camber will continue to suffer immediate and irreparable harm as Camber's share values will decrease to the point Camber is delisted from the NYSE and put out of business and because Camber's probable injury includes imminent harm and irreparable injury, and because there is no adequate remedy at law for damages.

THEREFORE, it is ORDERED that Discover and Fifth Third, their agents, subsidiaries, predecessors, successors, partners (both general and limited), officers, directors, employees, representatives, assigns, affiliates and anyone or any entity acting in concert with them directly and indirectly, are now restrained from converting/exercising the Securities of Camber, selling Camber shares and from shorting or pledging Camber shares.

ORDERED that the Clerk of the Court issue notice to Discover and Fifth Third that the hearing on Camber's application for preliminary injunction is set for the _____ day of _____ 2017 at _____ .m.  The purpose of the hearing shall be to determine whether the temporary restraining order should be made a preliminary injunction pending a full trial on the merits; and

ORDERED that bond is set at $_____.

SIGNED this _____ day of _____ 2017 at _____ O'clock.

_____
HONORABLE JUDGE PRESIDING