IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAMBER ENERGY, INC. | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:17-cv-1436 |
| | § | |
| DISCOVER GROWTH FUND, and FIFTH THIRD SECURITIES, INC., | § § § | |
| Defendants. | § § § | |

### NOTICE OF APPEARANCE OF JEFFREY R. ELKIN

Jeffrey R. Elkin, with the law firm of Porter Hedges LLP, hereby files this notice of appearance in the above-styled case as counsel for Plaintiff, Camber Energy, Inc., and requests that he be served with copies of all papers, pleadings, and notices filed and served in this matter.

Dated: May 19, 2017.

                                                    Respectfully submitted,

                                                  **PORTER HEDGES LLP**

                                                  By: /s/ Jeffrey R. Elkin
                                                  Jeffrey R. Elkin
                                                  State Bar No. 06522180
                                                  S.D. No. 69592
                                                  1000 Main Street, 36th Floor
                                                  Houston, Texas  77002-6336
                                                  Telephone: (713) 226-6617
                                                  Facsimile:  (713) 226-6217
                                                  *jelkin@porterhedges.com*

                                                  **COUNSEL FOR PLAINTIFF,
                                                  CAMBER ENERGY, INC.**

5565172

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of May, 2017, the foregoing document was served electronically on all counsel of record on this 19th day of May, 2017.

/s/ Jeffrey R. Elkin
Jeffrey R. Elkin

5565172