United States District Court
Southern District of Texas
**ENTERED**
May 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAMBER ENERGY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:17-cv-1436 |
| | § | |
| DISCOVER GROWTH FUND, and FIFTH THIRD SECURITIES, INC., | § | |
| | § | |
| Defendants. | § | |

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 20, 2017, Camber Energy, Inc. and Discover Growth Fund (the "Parties") filed a Stipulated Joint Dismissal Without Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure (the "Stipulation") in which the Parties stipulated that the above-captioned action and all claims of both Parties are dismissed without prejudice, with each party to bear its owns costs and attorneys' fees.

It is, therefore, **ORDERED** that pursuant to the Stipulation, this action and all claims of both Parties are **DISMISSED WITHOUT PREJUDICE**, with each party to bear their or its own costs and expenses.

SO ORDERED AND SIGNED on this __22nd__ day of May, 2017

_____
THE HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE

Dated:  May 20, 2017

Agreed to as to form and substance by:

| | |
|---|---|
| OF COUNSEL:<br>Jeffrey R. Elkin<br>Texas Bar No. 06522180<br>S.D. No. 69592<br>PORTER HEDGES LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002-6336<br>Tel.: (713) 226-6617<br>Fax.: (713) 226-6217<br>jelkin@porterhedges.com | By:  */s/ Eric. D. Wade (by permission)*<br>       Eric D. Wade<br>       Attorney-In-Charge<br>       Texas Bar No. 00794802<br>       S.D. No. 69591<br>       PORTER HEDGES LLP<br>       1000 Main Street, 36th Floor<br>       Houston, Texas 77002-6336<br>       Tel.: (713) 226-6655<br>       Fax.: (713) 226-6522<br>       ewade@porterhedges.com<br><br>*Attorneys for Plaintiff Camber Energy, Inc.* |
| OF COUNSEL:<br>Amy Pharr Hefley<br>Texas Bar No. 24046046<br>J. Mark Little<br>Texas Bar No. 24078869<br>BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisiana St.<br>Houston, Texas  77002<br>Tel: (713) 229-1234<br>Fax: (713) 229-1522<br>amy.hefley@bakerbotts.com<br>mark.little@bakerbotts.com | By:  */s/ Danny David*<br>       Danny David<br>       Attorney-In-Charge<br>       Texas Bar No. 24028267<br>       Federal I.D. No. 37808<br>       BAKER BOTTS L.L.P.<br>       One Shell Plaza<br>       910 Louisiana St.<br>       Houston, Texas  77002<br>       Tel: (713) 229-4055<br>       Fax: (713) 229-2855<br>       danny.david@bakerbotts.com<br><br>*Attorneys for Defendant Discover Growth Fund* |